**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**ANTONIO JOHNSON,**

      **Plaintiff,**

**v.**                                                                  **Case No: 5:22-cv-626-PGB-PRL**

**JALEESA CAPLE and R.A. SPINKS,**

      **Defendants.**
_____/

## ORDER

The Court has been advised by Plaintiff that "the parties have resolved this matter and are in the process of finalizing settlement documents." (Docs. 35, 36). Accordingly, pursuant to Local Rule 3.09(b), it is hereby **ORDERED** that this case is **DISMISSED without prejudice** subject to the right of a party to move within a stated time to re-open the case for entry of a stipulated final order or a judgment or for further proceedings. If no party files an appropriate paper on or before **September 29, 2023**, the Clerk is **DIRECTED** to dismiss the action with prejudice and without further notice. The Clerk is now **DIRECTED** to terminate any pending deadlines and administratively close the file.

**DONE AND ORDERED** in Orlando, Florida on August 15, 2023.

_____
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

2